

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-15-00570-CV

Style:          Rita Lemons

          **v**. Betty J. Garmond, Mamie Bright, Justin Thomas, and Jacqueline R. Woodward

Date motion filed:          January 7, 2016

Type of motion:          "Request for Extension to Submit Sworn Affidavit in Support of Exhibits, Transcript and References to Brief Entries"

Party filing motion:          Appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
      Original due date:
      Number of previous extensions granted:          Current Due date:
      Date Requested:

Ordered that motion is:

☐      Granted

      If document is to be filed, document due:

      ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐      Denied

☑      **Dismissed**

☐      Other: _____

    Proceeding *pro se*, appellant has filed a motion requesting an extension of time to submit an affidavit "in support of Exhibits, Transcript and references to Brief entries." Appellant's brief was filed in this appeal on January 7, 2016. Appellant's motion is dismissed as moot. *See* TEX. R. APP. P. 38.1 (setting out the requirements for appellant's brief but not providing for affidavit).

Judge's signature:    /s/ Terry Jennings
          ☑ Acting individually

Panel consists of    _____

Date: February 4, 2016